RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

Of Counsel:
DAYLE ELIESON
United States Attorney

Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CV-01600-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATED DISCLAIMER OF INTEREST AND NOTICE OF DISMISSAL OF DEFENDANT EVERGREEN MONEYSOURCE MORTGAGE COMPANY** |
| KEITH W. WARNER, CARMELA WARNER, MARC KOLODINSKY, PNC BANK, EVERGREEN MONEYSOURCE MORTGAGE COMPANY, and CLARK COUNTY TREASURER, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Evergreen Moneysource Mortgage Company and Plaintiff the United States of America (the "United States"):

1. The United States filed this action, *inter alia*, to reduce to judgment federal tax assessments against Keith W. Warner and Carmela Warner and to foreclose federal tax liens

1

against certain real property. The parcels of real property at issue are described in the United States' Complaint.

2. Evergreen Moneysource Mortgage Company was named as a defendant in this matter solely to fulfil the requirement of 26 U.S.C. § 7403(b) that "all persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

3. Evergreen Moneysource Mortgage Company hereby disclaims any interest in the real property described in the United States' Complaint.

4. In light of their disclaimer, Evergreen Moneysource Mortgage Company has no interest in the real property that is the subject of this lawsuit, and there is no further reason for Evergreen Moneysource Mortgage Company to participate in this matter.

5. Accordingly, Evergreen Moneysource Mortgage Company should be, and hereby is, dismissed from this proceeding without prejudice under Fed. R. Civ. 41(a)(1)(A)(i).

Respectfully Submitted,

Dated this 15th day of October, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Jonathan Hauck
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)

EVERGREEN MONEYSOURCE
MORTGAGE COMPANY

Teri Hermann
Chief Risk Officer
Evergreen Moneysource Mortgage Company
15405 SE 37th Street, Suite 200
Bellevue, WA 98006
425-974-8504 (v)

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of October, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on this __16th__ day of October, 2018, I filed the foregoing documents on the Court's e-filing system, which will automatically serve CM/ECF participants, and caused the mailing of the documents by first-class mail, postage prepaid, to the following persons:

Keith W. Warner
6624 Johnny Love Lane
North Las Vegas, NV 89086

Carmela Warner
6624 Johnny Love Lane
North Las Vegas, NV 89086

Marc Kolodinsky
1793 Pine Bay Dr.
Lake Mary, FL 32746

Lisa V. Logsdon
Deputy District Attorney
500 South Grand Central Pkwy.
PO Box 552215
Las Vegas, NV 89155-2215

*Attorney for the Clark County Treasurer*

Hecker Wakefield & Feilberg, P.S.
Attention: Kelly Boyker
321 First Avenue West
Seattle, WA 98119

*Attorneys for Evergreen Moneysource Mortgage Company*

/s/ Jonathan Hauck
JONATHAN M. HAUCK
Trial Attorney
United States Department of Justice
Tax Division