RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

Of Counsel:
DAYLE ELIESON
United States Attorney

Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH W. WARNER, CARMELA WARNER, MARC KOLODINSKY, PNC BANK, EVERGREEN MONEYSOURCE MORTGAGE COMPANY, and CLARK COUNTY TREASURER,<br><br>　　　　Defendants. | Case No. 2:18-CV-01600-RFB-VCF<br><br>**STIPULATED MOTION AS TO PRIORITY BETWEEN UNITED STATES AND CLARK COUNTY AND PROPOSED ORDER** |

Plaintiff, the United States of America, and defendant Clark County Treasurer ("Clark County") agree as follows:

Stipulated Motion As To Priority Between United States And
Clark County And Proposed Order
(Case No. 2:18-cv-01600-RFB-VCF)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

1. This Stipulation concerns the real property described in paragraph 11 of the United States' Complaint in this case. (Dkt. No. 1) The real property is known as the "Subject Property." The subject property is located within Clark County.

2. Clark County imposes property taxes upon the assessed value of real property within the County. By operation of Nevada law, Clark County has a lien upon real property in the amount of property taxes that are due but unpaid. NRS 361.450, *et seq*. Any Clark County lien on the Subject Property shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

3. To the extent that property taxes imposed by Clark County have become due and payable, but have not been paid, pursuant to 26 U.S.C. § 6323(b)(6), those property taxes have priority over the United States' interest in the Subject Property. In the event the Subject Property is sold, the United States agrees that proceeds of sale shall be applied to satisfy any property taxes on the Subject Property due and payable before being applied to satisfy the United States' lien.

4. The parties agree to bear their own costs and fees.

5. Clark County received a copy of the United States' Complaint, waives the service of summons, and agrees that this Court has jurisdiction over the res of the Subject Property.

6. Except as stated herein, Clark County consents to judgment as requested in the United States' Complaint.

Stipulated Motion As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-01600-RFB-VCF)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

7. The United States and Clark County jointly request the Court to enter the following proposed order.

Dated this 12th day of October, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Jonathan.m.hauck@usdoj.gov

Of Counsel:
DAYLE ELIESON
United States Attorney

Counsel for the United States

Dated this 12th day of October, 2018.

STEVEN B. WOLFSON
District Attorney
**Civil Division**
State Bar No. 001565

*/s/ Lisa Logsdon*
Lisa V. Logsdon
Deputy District Attorney
State Bar Mo. 011409
500 South Grand Central Pkwy.
PO Box 552215
Las Vegas, NV 89155-2215
702-455-4761 (v)
702-382-5178 (f)
Lisa.Logsdon@clarkcountyda.com
* Permission to enter e-signature granted by email dated 10/10/18

Stipulated Motion As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-01600-RFB-VCF)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

## Order Approving Stipulation

1. The foregoing Stipulation is approved. If the United States obtains an order permitting it to sell Subject Property in connection with this case, the order shall provide for the payment of any due and owing real property taxes to Clark County before payment is made against the United States' federal tax lien. Any Clark County lien on the Subject Properties shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

2. Subject to the terms of the Stipulation and this Order, Clark County shall be deemed to have consented to entry of judgment against it as requested in the United States' Complaint.

**It is so ordered.**

Dated this __23rd__ day of __October__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

Stipulated Motion As To Priority Between United States And
Clark County And Proposed Order
(Case No. 2:18-cv-01600-RFB-VCF)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2018, I filed the foregoing documents on the Court's e-filing system, which will automatically serve CM/ECF participants, and caused the mailing of the documents by first-class mail, postage prepaid, to the following persons:

Keith W. Warner
6624 Johnny Love Lane
North Las Vegas, NV 89086

Carmela Warner
6624 Johnny Love Lane
North Las Vegas, NV 89086

Marc Kolodinsky
1793 Pine Bay Dr.
Lake Mary, FL 32746

Lisa V. Logsdon
Deputy District Attorney
500 South Grand Central Pkwy.
PO Box 552215
Las Vegas, NV 89155-2215

*Attorney for the Clark County Treasurer*

Hecker Wakefield & Feilberg, P.S.
Attention: Kelly Boyker
321 First Avenue West
Seattle, WA 98119

*Attorneys for Evergreen Moneysource Mortgage Company*

/s/ *Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney
United States Department of Justice
Tax Division

Stipulated Motion As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-01600-RFB-VCF)

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395