RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3173 (v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

Of Counsel:
DAYLE ELIESON
United States Attorney

Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

KEITH W. WARNER, CARMELA
WARNER, MARC KOLODINSKY, PNC
BANK, EVERGREEN MONEYSOURCE
MORTGAGE COMPANY, and CLARK
COUNTY TREASURER,

       Defendants.

Case No. 2:18-CV-01600-RFB-VCF

**STIPULATION AND PROPOSED
ORDER REGARDING RELATIVE
PRIORITY BETWEEN PLAINTIFF
THE UNITED STATES OF
AMERICA AND DEFENDANT PNC
BANK**

Plaintiff, the United States of America, and defendant PNC Bank N.A. ("PNC") agree as

follows:

       1.    This is a civil action brought by the United States of America to reduce to

judgment federal tax assessments against Defendants Keith and Carmela Warner (the Warners)

Stipulated As To Priority Between United States And PNC Bank
N.A. And Proposed Order
(Case No. 2:18-cv-01600-RFB-VCF)

1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3173

1    and to foreclose federal tax liens against certain real property located at 6624 Johnny Love

2    Lane, North Las Vegas, NV 89086 (the Property), A.P.N.:124-23-314-019 and is more

3    particularly described as follows:

4                    LOT TWENTY-SIX (26) IN BLOCK FOUR (4) OF
                     DONNA/DEER SPRINGS UNIT 1C, AS SHOWN BY MAP
5                    THEREOF ON FILE IN BOOK 128 OF PLATS, PAGE 71, IN
                     THE OFFICE OF THE COUNTY RECORDER OF CLARK
6                    COUNTY, NEVADA.

7        2.      PNC was named as a defendant pursuant to the requirements of 26 U.S.C. §

8    7403(b) because it may claim an interest in the Property. The United States claims no monetary

9    relief against PNC in this action.

10       3.      PNC does not challenge the amount or validity of the Internal Revenue Service

11   assessments as alleged in the First Amended Complaint (ECF No. 15)(FAC) paragraphs 21 or

12   29.

13       4.      PNC does not challenge the sums secured by, or the validity of, the Notices of

14   Federal Tax Lien as alleged in the FAC paragraphs 12, 13, and 14.

15       5.      PNC does not challenge that the Property is encumbered by the United States'

16   Notices of Federal Tax Lien as alleged in the FAC paragraphs 12, 13, and 14.

17       6.      PNC's interest in the Property, based upon the assignment (recorded with the

18   Clark County Recorder October 30, 2018) of Evergreen MoneySource Mortgage Company's

19   Deed of Trust recorded July 27, 2012, is senior to, and has priority over, the United States'

20   federal tax liens.

21       7.      PNC does not object to the issuance of final order or decree permitting the United

22   States to enforce its tax liens referenced above by way of sale of the Property.

23

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3173

1    8.    In the event that the Court permits the sale of the Property, it will be sold free and

2    clear of all liens of record and free of any interest PNC has in the Property, with the liens and

3    PNC's interest to attach to the proceeds of the sale in the same amount and with the same priority

4    that they had against the Property. The proposed Order of Judicial Sale shall provide that the sale

5    proceeds shall be distributed in accordance with priority as agreed in paragraph six (6) above. If

6    the affected parties cannot stipulate to the amount of PNC's interest or claim to the proceeds of

7    the sale, PNC shall file its claim to the proceeds of the sale within 30 days after the Court

8    confirms the sale of the Property, and the United States or any other affected party may file

9    written objections within 14 days thereafter.  The Court may then issue subsequent orders

10   requiring additional written briefing and/or hold evidentiary or other hearings as it may deem

11   necessary to determine the appropriate amount of PNC's claim.

12   9.    The United States and PNC will not seek an award of their respective costs related

13   to this litigation, including any possible attorney's fees, from the Court. PNC reserves the right to

14   recover its fees pursuant to 26 U.S.C. § 6323(e).

15   10.    Unless otherwise ordered by the Court, PNC is excused from further participation

16   in this action, appearing in Court, or otherwise asserting its claim in this case.

17   11.    PNC will be bound by the judgment in this case, which shall incorporate the terms

18   of this stipulation.

19   //

20

21   //

22

23   //

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3173

1      12.     The United States and PNC jointly request the Court to enter the following

2    proposed order

3

4    Dated this 4th day of April, 2019.

5    RICHARD E. ZUCKERMAN
     Principal Deputy Assistant Attorney General          ALDRIDGE PITE, LLP

6

     */s/ Jonathan Hauck*                                 */s/ Jory C. Garabedian*
7    JONATHAN M. HAUCK                                     JORY C. GARABEDIAN
     Trial Attorney, Tax Division                         NV Bar # 10352
8    U.S. Department of Justice                            520 South 4th Street, Suite 360
     P.O. Box 683                                          Las Vegas, NV 89101
9    Washington, D.C.  20044                               858-750-7600 (v)
     202-616-3173 (v)                                      702-685-6342 (f)
10   202-307-0054 (f)
     Jonathan.m.hauck@usdoj.gov                            * Permission to enter e-signature granted by
11                                                         email dated April 3, 2019
     Of Counsel:
12   DAYLE ELIESON
     United States Attorney                                *Attorneys for PNC Bank N.A.*
13
     Counsel for the United States
14

15

16

17

18

19

20

21

22

23

1

**Order Approving Stipulation**

2      The foregoing Stipulation is approved.

3

4

5      **It is so ordered.**

6      Dated this ____21st___ day of __May_____, 20_19_.

7

8      _____

9      RICHARD F. BOULWARE, II
       United States District Judge

10     Submitted by:

11     RICHARD E. ZUCKERMAN
       Principal Deputy Assistant Attorney General

12
       JONATHAN M. HAUCK
13     Trial Attorney, Tax Division
       U.S. Department of Justice
14     P.O. Box 683
       Washington, D.C.  20044
15     202-616-3173(v)
       202-307-0054 (f)
16     jonathan.m.hauck@usdoj.gov

17

18

19

20

21

22

23

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3173

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2019, I filed the foregoing documents on the Court's e-filing system, which will automatically serve CM/ECF participants, and caused the mailing of the documents by first-class mail, postage prepaid, to the following persons:

Keith W. Warner
6624 Johnny Love Lane
North Las Vegas, NV 89086

Carmela Warner
6624 Johnny Love Lane
North Las Vegas, NV 89086

Marc Kolodinsky
1793 Pine Bay Dr.
Lake Mary, FL 32746

Lisa V. Logsdon
Deputy District Attorney
500 South Grand Central Pkwy.
PO Box 552215
Las Vegas, NV 89155-2215

*Attorney for the Clark County Treasurer*

Hecker Wakefield & Feilberg, P.S.
Attention: Kelly Boyker
321 First Avenue West
Seattle, WA  98119

*Attorneys for Evergreen Moneysource Mortgage Company*

> */s/ Jonathan Hauck*
> JONATHAN M. HAUCK
> Trial Attorney
> United States Department of Justice
> Tax Division

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3173